**Opinion issued November 26, 2013**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00818-CV

_____

## IN RE O.C.T.G., L.L.P. AND SOJOURN PARTNERS, L.L.C., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On November 13, 2013, Relators O.C.T.G., L.L.P. and Sojourn Partners, L.L.C. filed a Motion to Dismiss Petition for Writ of Mandamus as Moot. No opinion has issued and although appellants did not include a certificate of conference in their motion, more than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we **dismiss** the petition for writ of mandamus as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.